United States District Court
Southern District of Texas
**ENTERED**
April 16, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ERIK GARCIA,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 4:20-CV-0518** |
| | § | |
| **PEDRO ARMANDO VASQUEZ-HERNANDEZ,** *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. (Doc. No. 15). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of April, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE